**Order filed June 3, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00100-CR
_____

**REGINA ROMERO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Court Cause No. 13-16232**

## ORDER

Appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. Appellant's counsel also has made known appellant's desire to review the record and file a pro se brief. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969).

The record was made available to appellant on or about April 28, 2014. Accordingly, if appellant desires to file a pro se response to counsel's *Anders* brief, any response is due on or before **July 28, 2014.**

PER CURIAM